UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:21-po-00150-AC |
| ) Plaintiff, ) | [~~Proposed~~] ORDER TO DISMISS AND VACATE STATUS CONFERENCE |
| ) v. ) | |
| TIMOTHY J. KEEGAN, ) | |
| ) Defendant. ) ) ) | DATE: June 21, 2021<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Allison Claire |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00150-AC is GRANTED.

It is further ordered that the status conference scheduled on June 21, 2021, is vacated.

IT IS SO ORDERED.

DATED: June 17, 2021.

*[signature: Allison Claire]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE